BAYORK REALTY CORPORATION, Appellant, v. FLORENCE HUNT and Others, Defendants, and GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of HAMILTON MUTUAL AUTO CASUALTY CORPORATION, Respondent.—Action to foreclose a tax lien. The defense and counterclaim is that there was no notice given to redeem as required by the provisions of the Tax Law and the taxes were permitted to remain unpaid and the lien to accrue as a result of a conspiracy and fraudulent scheme between the plaintiff and other defendants. Although the action was commenced in the County Court in January, 1935, the plaintiff has made no effort to bring on the action for trial; but has resorted to making motions, apparently for the purpose of delay. The present motion, among other things, is made to strike out the names of fictitious parties which plaintiff had included in its complaint and the name of one of the alleged conspirators which it had joined in the action, to substitute the name of the present Superintendent of Insurance for that of his predecessor, named as defendant, and to bring in additional parties by service of a supplemental summons and an amended complaint. The motion in most respects was frivolous, for the results sought could have been obtained by formal application on the trial. Order of the County Court of Suffolk county, in so far as an appeal is taken therefrom, affirmed, with twenty-five dollars costs and disbursements. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.

ELLA T. BESSE, Respondent, v. MARGARET SMITH, as Executrix, etc., of THOMAS E. SMITH, Deceased, Appellant.—Action to recover a loan claimed to have been made to the defendant's testator. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

IDA BRENNER, ARTHUR N. CLIFT, MATHILDA APPELL, SAMUEL W. REYBURN and GEORGE W. HOOKER, Appellants, v. MICHAEL RICCA and THEODORE CIULLA, Respondents.— Order modified so as to grant the relief asked for by the appellants, and as thus modified affirmed, in so far as an appeal is taken therefrom, with ten dollars costs and disbursements to appellants. The proof is clearly sufficient to justify the conclusion of the trial court that the defendants undertook to use a part of their property for new and different purposes from that to which it was devoted originally, to the annoyance and disturbance of those in neighboring homes, constituting a nuisance. This disposition is made upon condition, however, that the plaintiffs stipulate to proceed to trial within fourteen days after the entry of the order hereon, the defendants consenting; otherwise, the order is affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

TEOPISTA CARBONELLA, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, and Another, Defendant.— Action to recover the proceeds of a life insurance policy. Order of the Appellate Term affirming a judgment of the Municipal Court of the City of New York, Borough of Richmond, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

JAMES J. DONOHUE, Appellant, v. FLORENCE M. DONOHUE, Respondent. (Appeal No. 1.) — Order granting defendant's motion for change of venue from Kings county to Queens county in an action affecting the matrimonial status affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.